# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 21-01280-DOC-(ADSx) | Date | November 16, 2021 |
|---|---|---|---|
| Title | Amber Walker v. University Professional and Technical Employees Communications Workers America Local 9119, et al. | | |

**Present: The Honorable**   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [25], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

.

- : -

Initials of Deputy Clerk    kdu